# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1682

_____

Ruth Richter

*Plaintiff - Appellant*

v.

Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: October 30, 2018
Filed: November 5, 2018
[Unpublished]

_____

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Ruth Richter appeals from the order of the District Court[1] granting the Social Security Administration Commissioner's motion to dismiss her civil action arising

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

from the 1999 termination of her supplemental security income. We have thoroughly reviewed the record and find no error warranting reversal. <u>See</u> <u>Jenkins v. Kansas City Mo. Sch. Dist.</u>, 516 F.3d 1074, 1080 (8th Cir. 2008) ("We review issues of subject matter jurisdiction de novo."). Accordingly, we affirm the judgment. <u>See</u> 8th Cir. R. 47B. We deny as moot the Commissioner's pending motion to dismiss.

_____